# EXHIBIT "A"

EXHIBIT "A"

**Weisberg & Meyers, LLC**
**Attorneys for Consumers**
5025 North Central Ave, #602
Phoenix, Arizona 85012
602-445-9819
888-595-9111 (Toll Free)
866-565-1327 Facsimile
www.AttorneysForConsumers.com

**Extension: 240**
**E-mail:** CBopp@AttorneysForConsumers.com

October 2, 2013

Stephanie Carlisle, Court Reporter
515 Rusk #5300
Houston, TX 77002

      RE:  April Scarlott v. Nissan North America, Inc. et. al.
      Case No. 4:10−cv−04865

Dear Ms. Carlisle:

    Enclosed please find our firms check in the amount of $393.00 for the transcripts that we ordered in the above named case. The hearings that we requested the transcripts for are as follows:

1. Pretrial conference held 1/31/11; and

2. Pretrial conference held 3/14/11.

    Please email the completed transcripts to me in PDF format at the above email address. Please feel free to contact me with any questions. Thank you.

                                                                           Best regards,

                                                                          Cathy Bopp
                                                                          Paralegal