# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE**  
**NEW ORLEANS, LA 70130**

December 03, 2013

Mr. Aaron D. Radbil  
Weisberg & Meyers, L.L.C.  
5025 N. Central Avenue  
Room 602  
Phoenix, AZ 85012

    No. 13-20528   April Scarlott v. Nissan North America, Inc., et al  
                    USDC No. 4:10-CV-4865

Dear Mr. Radbil,

The following pertains to your notice of change in firm affiliation.

We have received your notice of firm affiliation. Please update your current address with pacer.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____  
                    Majella A. Sutton, Deputy Clerk  
                    504-310-7793