# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

January 27, 2014

Mr. Aaron D. Radbil
Weisberg & Meyers, L.L.C.
5025 N. Central Avenue
Room 602
Phoenix, AZ 85012

No. 13-20528 April Scarlott v. Nissan North America, Inc., et al
          USDC No. 4:10-CV-4865

The following pertains to your brief electronically filed on January 24, 2014.

We filed your brief. However, it must be corrected within 14 days.

Opposing counsel's briefing time continues to run.

You need to correct or add:

Include a single statement of the case that includes the relevant factual and procedural history and identifies the rulings to be reviewed.

Once you have prepared your sufficient brief, you must email it to: Brandy_Lemelle@ca5.uscourts.gov for review. If the brief is in compliance, you will receive a notice of docket activity advising you that the sufficient brief has been filed.


                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Brandy C. Lemelle, Deputy Clerk
                                    504-310-7714

cc:
    Mr. Leslie William Adams
    Ms. Giovanna Tarantino Bingham