# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

March 17, 2014

Ms. Angelle Marie Adams
Leslie Wm. Adams & Associates
3900 Essex Lane
Suite 1111
Houston, TX 77027

Mr. Leslie William Adams
Leslie Adams & Associates
3900 Essex Lane
Suite 1111
Houston, TX 77027

No. 13-20528   April Scarlott, et al v. Nissan North America, Inc., et al
USDC No. 4:10-CV-4865

Dear Ms. Adams, Mr. Adams,

The following pertains to your brief electronically filed on March 17, 2014.

You must submit the seven paper copies of your brief required by 5TH CIR. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Brandy C. Lemelle, Deputy Clerk
504-310-7714

cc:
    Ms. Giovanna Tarantino Bingham
    Mr. Jeffrey Scott Patterson
    Mr. Aaron D. Radbil